Approved: _____
RUSHMI BHASKARAN
Assistant United States Attorney

1 9 MAG  6576

Before:    THE HONORABLE KEVIN NATHANIEL FOX
           United States Magistrate Judge
           Southern District of New York

- - - - - - - - - - - - - - - - - x
                                  :
UNITED STATES OF AMERICA          :
                                  :   19 Mag.
       - v. -                     :
                                  :   RULE 5(c)(3)
ANDRE MULLER,                     :   AFFIDAVIT
                                  :
              Defendant.          :
- - - - - - - - - - - - - - - - - x

SOUTHERN DISTRICT OF NEW YORK, ss:

       JAMAL BROWN, being duly sworn, deposes and says that he is a Deputy United States Marshal with the United States Marshals Service ("USMS"), and charges as follows:

       On or about June 13, 2019, the United States District Court for the District of Maine issued a warrant for the arrest of "Andre Muller," a/k/a "Dre," in connection with an Indictment charging him with a violation of Title 18, United States Code, Section 1951(a) (Conspiracy to Commit Hobbs Act Robbery). The case number in the District of Maine is 19 Cr. 191. Copies of the Arrest Warrant and the Indictment are attached hereto as Exhibit A and incorporated by reference herein.

       I believe that ANDRE MULLER, the defendant, who was arrested by the USMS in the Southern District of New York, is the same individual as the "Andre Muller," a/k/a "Dre," who is wanted in the District of Maine.

       The bases of my knowledge and for the foregoing charge are, in part, as follows:

       1.   I am a Deputy United States Marshal with the United States Marshals Service. I have been directly involved in determining whether ANDRE MULLER, the defendant, is the same individual as the "Andre Muller," a/k/a "Dre," named in the June

13, 2019, arrest warrant from the United States District Court for the District of Maine. Because this Affidavit is submitted for the limited purpose of establishing the identity of the defendant, I have not included in this Affidavit each and every fact that I have learned. Where I report statements made by others, those statements are described in substance and in part, unless otherwise noted.

2. Based on my involvement in this investigation, I have learned that:

   a. On or about June 13, 2019, the United States District Court for the District of Maine issued a warrant for the arrest of "Andre Muller," a/k/a "Dre."

   b. The warrant was issued in connection with an Indictment assigned criminal case number 19 Cr. 109. That Indictment, issued on June 12, 2019, charged "Andre Muller," a/k/a "Dre," with Conspiracy to Commit Hobbs Act Robbery, in violation of Title 18, United States Code, Section 1951(a).

3. Based on my personal involvement in this investigation, I am aware that at approximately 7:30 a.m. on July 15, 2019, ANDRE MULLER, the defendant, was arrested in the Southern District of New York by the USMS pursuant to the warrant issued by the United States District Court for the District of Maine.

4. Prior to the arrest, I reviewed a photograph of the "Andre Muller," a/k/a "Dre," wanted by the District of Maine. Based on this review, I believe that the "Andre Muller," a/k/a "Dre," being sought by the District of Maine is ANDRE MULLER, the defendant. Furthermore, upon his arrest today, MULLER stated that his name was "Andre Muller."

WHEREFORE, deponent respectfully requests that ANDRE MULLERp, the defendant, be imprisoned or bailed as the case may be.

_____
Jamal Brown
Deputy United States Marshal
United States Marshals Service

Sworn to before me this
15th day of July, 2019.

_____
THE HONORABLE KEVIN NATHANIEL FOX
United States Magistrate Judge
Southern District of New York

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Maine

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| ANDRE MULLER | ) | Case No. 1:19-cr-00109-NT-001 |
| a/k/a "DRE" | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Andre Muller a/k/a "DRE" ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

CONSPIRACY TO COMMIT HOBBS ACT ROBBERY 18:1951(a)


Date: 06/13/2019

*Michele Mitchell*
Issuing officer's signature

City and state: 6/13/2019

Michele Mitchell, Deputy Clerk
Printed name and title

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____ |
| Arresting officer's signature |
| Printed name and title |

# UNITED STATES DISTRICT COURT

## DISTRICT OF MAINE

**SECRET**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 1:19-cr-00109-NT |
| ) | VIOLATION(S): |
| ANDRE MULLER, A/K/A "DRE," ) | |
| ███████████████ ) | |
| ) | (18 U.S.C. §1951(a)) |
| HECTOR MUNOZ, ) | |
| Defendants ) | |

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
### Conspiracy to Commit Hobbs Act Robbery

From about July 21, 2016 until about July 28, 2016, in the District of Maine, Defendants

**ANDRE MULLER, A/K/A "DRE,"**

███████████████

**HECTOR MUNOZ**

knowingly and intentionally conspired with each other and others known and unknown to obstruct, delay and affect commerce and the movement of articles in commerce, namely controlled substances, by robbery. Specifically, the defendants agreed with each other and others to steal controlled substances from a Rangeley, Maine residence and developed a plan to carry out the crime. On about July 28, 2016, the defendant Munoz and a co-conspirator entered the Rangeley home with the intent to take such personal property using actual and threatened force, violence, and fear of immediate and future injury. At the time of the robbery, the defendant Munoz and his co-conspirator were each armed with dangerous weapons, namely, knives and a bat.

UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

**SECRET**

UNITED STATES OF AMERICA )
)
v. ) Criminal No. 1:19-CR-00109-NT
) VIOLATION(S):
ANDRE MULLER, A/K/A "DRE," )
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ )
) (18 U.S.C. §1951(a))
Defendants )

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
### Conspiracy to Commit Hobbs Act Robbery

From about July 21, 2016 until about July 28, 2016, in the District of Maine,

Defendants

### ANDRE MULLER, A/K/A "DRE,"
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

knowingly and intentionally conspired with each other and others known and unknown to obstruct, delay and affect commerce and the movement of articles in commerce, namely controlled substances, by robbery. Specifically, the defendants agreed with each other and others to steal controlled substances from a Rangeley, Maine residence and developed a plan to carry out the crime. On about July 28, 2016, the defendant ▓▓▓▓ and a co-conspirator entered the Rangeley home with the intent to take such personal property using actual and threatened force, violence, and fear of immediate and future injury. At the time of the robbery, the defendant ▓▓▓▓ and his co-conspirator were each armed with dangerous weapons, namely, knives and a bat.

3

Thus, the Defendants violated Title 18, United States Code, Section 1951(a).

## COUNT TWO
### Attempted Hobbs Act Robbery

On about July 28, 2016, in the District of Maine, the Defendant,

█████████████

did obstruct, delay and affect commerce and the movement of articles in commerce, namely controlled substances, by robbery, and attempted to do the same, and did aid and abet such conduct. Specifically, the defendant and an accomplice entered a home in Rangeley, Maine with the intent to take such personal property using actual and threatened force, violence, and fear of immediate and future injury. At the time of the attempted robbery, the defendant and his accomplice were each armed with dangerous weapons, namely, knives and a bat.

Thus, the Defendant violated Title 18, United States Code, Sections 1951(a) and 2.

A TRUE BILL,

█████████████

GRAND JURY FOREPERSON

*[signature]*
Assistant U.S. Attorney
Date: 6/12/19

2